# IN THE UNITED STATES DISTRICT COURT FOR
# THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 19-cv-04153 |
| ) | |
| QUAD/GRAPHICS, INC., QLC MERGER ) | |
| SUB., INC., and LSC COMMUNICATIONS ) | Hon. Charles R. Norgle |
| INC., ) | |
| ) | |
| Defendants. ) | |

## ORDER

The parties have reached a stipulation as follows:

> In view of the announcement by Defendants Quad/Graphics, Inc. and LSC Communications, Inc. that they have terminated the Agreement and Plan of Merger dated as of October 30, 2018 by and among the Defendants that was the subject of this litigation, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the United States of America voluntarily dismisses without prejudice the claims asserted in this action against Defendants. Defendants stipulate to dismissal of these claims.

Dkt. 53. Accordingly, the Government's request to dismiss this matter without prejudice is granted.
   IT IS SO ORDERED.

ENTER:

_____
CHARLES RONALD NORGLE, Judge
United States District Court

DATE: July 23, 2019